# Law Offices of Irina Roller, PLLC

**40 Wall Street**　　　　　　　　　　　　　　　　　　　　**Telephone (212) 688-1100**
**New York, New York 10005**　　　　　　　　　　　　　**Facsimile (212) 706-9362**
　　　　　　　　　　　　　　　　　　　　　　　**Email: Hearings@RollerEsq.com**

---

**VIA ECF**

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

　　*Re:*　　*J.A., et al. v. New Yo[rk]*
　　　　　　23-cv-8547 (VEC)(Y[...])

> This matter was referred to me to prepare a report and recommendation on Plaintiff's motion for summary judgment. (ECF 30.) This letter-motion seeks an extension of time for Plaintiff to file a reply brief in further support of that motion, and so the letter-motion falls within the scope of the referral.
>
> The letter-motion is GRANTED. Plaintiff has until **June 10, 2024** to file a reply brief. The Clerk of Court is respectfully requested to terminate ECF 49. SO ORDERED.
>
> Dated: May 21, 2024
> 　　　　New York, NY
>
> SO ORDERED
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Dear Judge Caproni,

　　Please be advised that this firm represents the Plaintiffs in the above action.

　　Plaintiffs respectfully submits this letter motion requesting an extension of time to submit their Reply to Defendant's Response in Opposition to Plaintiffs' Motion for Summary Judgment, from May 23, 2024 to June 10, 2024 .  This request is due on a personal basis, Plaintiffs' counsel, Ellen Saideman's mother passed away and is unavailable.

　　This is Plaintiffs' first request for an extension of time to file their Reply to Defendant's Response in Opposition.  Defendant's counsel consents to this request.

　　Thank you for your time and consideration.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*s/*_____
　　　　　　　　　　　　　　　　　　　　　　　Irina Roller
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*

Cc:　　Marina Moraru, Esq. (*via ECF*)
　　　　Martin Bowe, Esq. (*via ECF)*