**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
J.A., individually and on behalf of her minor
children G.K. and J.K.,

                    Plaintiff,             23 **CIVIL** 8547 (VEC)

    -against-                            **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 5, 2026, Plaintiff's objections are

OVERRULED, and the R&R is ADOPTED in full. Plaintiff's Motion for Attorney Fees and

Costs is GRANTED IN PART, and Plaintiff is awarded $50,682 in attorneys' fees and costs,

plus post-judgment interest; accordingly, the case is closed.

**Dated:**  New York, New York
        February 27, 2026

                              **TAMMI M. HELLWIG**

                                  **Clerk of Court**

        **BY:**            *K. mango*

                                  **Deputy Clerk**